Michael S. Agruss (SBN: 259567)
KROHN & MOSS, LTD.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x235
Fax: 866-620-2956
magruss@consumerlawcenter.com
Attorneys for Plaintiff,
GUILLERMO VILLAVICENCIO

JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| GUILLERMO VILLAVICENCIO, | Case No. CV 10-9637-VBF(VBKx) |
| Plaintiff, | **ORDER ENTERING JUDGMENT** |
| v. | |
| LEGAL RECOVERY LAW OFFICES, | |
| Defendant. | |

On May 31, 2010, Plaintiff, GUILLERMO VILLAVICENCIO ("Plaintiff"), filed an Acceptance of Defendant's, LEGAL RECOVERY LAW OFFICES ("Defendant"), Offer of Judgment, which states, "Judgment to be entered against Defendant and in favor of [P]laintiff[,] GUILLERMO VILLAVICENCIO[,] on Plaintiff's [C]omplaint, in the total amount of $1,000.00." Defendant's Offer of Judgment further states, "Plaintiff to be awarded reasonable attorney's fees and costs, to be mutually agreed upon by the parties, or if no agreement can be reached, to be determined by the Court in accordance with 15 U.S.C. § 1692k." Pursuant to Federal Rule of Civil Procedure 68, the Court enters Judgment against Defendant in the sum of $1,000.00, plus reasonable attorney's fees and costs, which shall be determined by the Court.

DATED: 6/2/11

_____
Honorable Valerie Baker Fairbank
UNITED STATES DISTRICT JUDGE

- 1 -

ORDER ENTERING JUDGMENT